**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| **VALCRUM, LLC**,<br>a Texas Limited Liability Corporation,<br><br>Plaintiff,<br><br>v.<br><br>**DEXTER AXLE COMPANY, LLC**,<br>a Delaware Limited Liability Corporation,<br><br>Defendant. | **CASE NO.: 3:24-cv-190** |

**PLAINTIFF'S MOTION TO FILE UNDER SEAL**

COMES NOW, Plaintiff, Valcrum, LLC ("Valcrum"), by and through its undersigned counsel, and pursuant to N.D. Ind. L.R. 5-3, hereby respectfully requests the Court enter an Order allowing Valcrum to file under seal its Motion to Compel Production, Memorandum in Support of Plaintiff's Motion to Compel Discovery Production, and attached Exhibits thereto.

N.D. Ind. Local Rule 5-3 states in relevant part that "No document will be maintained under seal in the absence of an authorizing statute, Court rule, or Court order." N.D. Ind. L.R. 5–3(a). Although there is a general presumption that judicial records are public, that presumption "can be overridden" by "the property and privacy interests of the litigants . . . if the latter interests predominate in the particular case" such that "there is good cause for sealing a part or the whole of the record." *Citizens First Nat. Bank of Princeton v. Cincinnati Ins. Co.*, 178 F.3d 943, 945 (7th Cir. 1999). "[T]he decision of whether good cause exists to file a document under seal rests solely with the Court. *Swarthout v. Ryla Teleservices, Inc.*, 2012 WL 5361756 (N.D. Ind. Oct. 30, 2012). "Good cause may exist if the documents are sealed in order to maintain the confidentiality of trade secrets, privileged information, including documents covered by the

attorney-client privilege, and other non-public financial and business information." *Id.* "Trade secrets are defined as any information that derives economic and competitive value from not generally being known and is subjected to reasonable efforts to maintain its secrecy." *Id.* (citing *Cook Inc. v. Boston Scientific Corp.*, 206 F.R.D. 244, 247–48 (S.D. Ind. 2001)).

The documents subject to being filed under seal include Exhibits that are the subject of this Court's Protective Order (DE 32) and the discussion of portions of these protected Exhibits. The discussion of these protected Exhibits includes quotes therefrom.

WHEREFORE, Valcrum respectfully requests that this Court GRANT its motion to file the aforementioned documents under seal.

Respectfully submitted this 14th day of April, 2026.

/s/*Michael D. Marston*

**BOTKIN & HALL, LLP**
Michael D. Marston (#26875-71)
mmarston@bhlawyers.net
Andrew J. Chabot (34537-71)
achabot@bhlawyers.net
1003 N. Hickory Road
South Bend, IN 46615
Tel: (574) 234-3900
Fax: (574) 236-2839

*Attorneys for Plaintiff,*
*Valcrum, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of April, 2026, a copy of the foregoing was filed electronically via the federal courts' Case Management/Electronic Case Files ("CM/ECF") system. I further certify that service of this filing will be made via the CM/ECF to all counsel of record. Parties may access this filing through the court's system on or after the 14th of April, 2026.

s/ *Michael D. Marston*
Michael D. Marston (#26875-71)