# EXHIBIT B

## SUMMARY OF DEXTER'S DOCUMENT PRODUCTIONS

| Date | Production / Event | Bates Range | Pages | Cumulative Pages |
|---|---|---|---|---|
| September 26, 2024 | **Plaintiff's First Requests for Production (Nos. 1–92) served** | | | |
| January 14, 2025 | DEXTER VOL 001 | DEXTER000001–000367 | 367 | 367 |
| January 28, 2025 | DEXTER VOL 002 | DEXTER000368–000421 | 54 | 421 |
| February 28, 2025 | DEXTER VOL 003 | DEXTER000422–001414 | 993 | 1,414 |
| March 7, 2025 | DEXTER VOL 004 | DEXTER001415–002354 | 940 | 2,354 |
| March 14, 2025 | DEXTER VOL 005 | DEXTER002355–004819 | 2,465 | 4,819 |
| April 7, 2025 | DEXTER VOL 006 | DEXTER004820–015456 | 10,637 | 15,456 |
| June 9, 2025 | DEXTER VOL 007 | DEXTER015457–036186 | 20,730 | 36,186 |
| June 9, 2025 | DEXTER VOL 008 | DEXTER036187–055130 | 18,944 | **55,130** |
| **By June 9, 2025, Dexter had produced 55,130 pages (VOL 001–008) - more than 99% of all pages Dexter produced before the Order on Motion to Compel.** | | | | |
| October 31, 2025 | **Plaintiff's Second Requests for Production (Nos. 93–111) served** | | | |
| November 12, 2025 | DEXTER VOL 009 | DEXTER055131–055236 *Supplemental documents* | 106 | 55,236 |
| December 1, 2025 | DEXTER VOL 010 | DEXTER055237–055241 *Five financial reports* | 5 | 55,241 |
| January 10, 2026 | DEXTER VOL 011 | DEXTER055242–055533 *Microsoft Teams threads responsive to RFP No. 110 (Second Requests)* | 292 | 55,533 |
| February 6, 2026 | **Plaintiff's Third Requests for Production (Nos. 112–115) served** | | | |
| March 23, 2026 | DEXTER VOL 012 | DEXTER055534–055541 *Eight financial reports* | 8 | 55,541 |
| **Total produced before Order on Motion to Compel (VOL 001–012)** | | | | **55,541 pages** |

| | | | | |
|---|---|---|---|---|
| July 17, 2026 | **Order on Motion to Compel entered** | | | |
| August 13, 2026 | DEXTER VOL 013 | DEXTER055542–069883 *Complete message threads for messages responsive to RFP Nos. 112 and 113* | 14,342 | 69,883 |
| August 13, 2026 | DEXTER VOL 014 | DEXTER069884–070646 *Unredacted re-production of DEXTER VOL 011, including threads from each participant* | 763 | 70,646 |
| August 26, 2026 | DEXTER VOL 015 | DEXTER070647–105645 *Messages from three days before and after messages responsive to RFP Nos. 112 and 113 (2020–2021)* | 34,999 | 105,645 |
| August 28, 2026 | DEXTER VOL 016 | DEXTER105646–110646 *Messages from three days before and after messages responsive to RFP Nos. 112 and 113 (2022–2025)* | 5,001 | 110,646 |
| **Total produced in response to Order on Motion to Compel (VOL 013–016)** | | | | **55,105 pages** |
| November 2, 2026 | **Plaintiff requests updated financial reports** | | | |
| November 6, 2026 | DEXTER VOL 017 | DEXTER110647–110652 *Six updated financial reports* | 6 | 110,652 |
| **Supplementation produced four days after Plaintiff's request (VOL 017)** | | | **6 pages** | |
| **Total pages produced (VOL 001–017)** | | | | **110,652 pages** |