# EXHIBIT C

**From:** Mario Robles[mrobles@valcrum.com]
**Sent:** Thur 10/8/2020 12:43:53 PM (UTC-04:00)
**To:** Thursby, Bryan[BThursby@dexteraxle.com]
**Subject:** Valcrum Samples

Mr. Thursby, I would Like to introduce myself to you and the Dexter Team. My name is Mario Robles and I am the Managing Member of Valcrum, LLC. I sent samples to Dexter and I hope they have made it to your desk by now. I spoke with several Dexter team members this past year and supplied a quote per Dexter's request. Valcrum's goal from the beginning was to supply Dexter the best oil caps in the market. Now that Valcrum has established distribution across the US and Canada, Valcrum is now ready to establish a business relationship with Dexter Axle and has reserved the black e-coating caps with red anodized retaining ring combination for Dexter Axle. Valcrum would like to provide Dexter Axle with aluminum alloy caps for all of Dexter's 8K-15K axles, including Rockwell American. Rockwell has also received Valcrum samples and engineering approved the form, fit and function for Rockwell American axles. Which Rockwell said they would prefer Valcrum's caps, but it depends on Valcrum's relationship with Dexter. This being said, what can Valcrum do to earn Dexter's business? I would like to extend the quote we offered back in Feb, please review the quote with the Dexter team, and I ask that you consider Valcrum Caps for Dexter Axles. Please feel free to contact me any time via mobile or email.

Respectfully,

**Mario Robles**
Managing Member
VALCRUM
12320 Barker Cypress Rd Ste 600-105
Cypress, TX 77429
Mobile: 832-517-2187
Office: 281-407-0603 ext 702
mrobles@valcrum.com
**visit us online**: www.valcrum.com